[No. 63433-0-I.   Division One.   February 1, 2010.]

SHAWN D. FRANCIS, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-10813-7, Michael T. Downes, J., entered April 7, 2009. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.

[No. 27440-3-III.   Division Three.   February 2, 2010.]

*In the Matter of the Marriage of* VICTOR RANDOLPH, *Appellant*, and BOBBI-JO LAWRENCE, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-3-00212-4, Robert L. Zagelow, J., entered August 25, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 27646-5-III.   Division Three.   February 2, 2010.]

*In the Matter of the Marriage of* STEVEN ALAN HAGEN, *Appellant*, and DEANNA MARIE HAGEN, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 07-3-00211-6, Philip W. Borst, J., entered November 3, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 27766-6-III.   Division Three.   February 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JORDAN DAVID KNIPPLING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03713-7, Ellen K. Clark, J., entered January 16, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.